UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 08 B 02784
    KALEIGH JENEEN HERRON

                                    CHAPTER 13

                                    JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-2872

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/07/2008 and was confirmed 05/08/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/11/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE CORP | UNSEC W/INTER | 1053.64 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 16171.92 | .00 | .00 |
| ISAC | PRIORITY | 3261.91 | .00 | .00 |
| ISAC | PRIORITY | NOT FILED | .00 | .00 |
| T MOBILE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MCI COMMUNICATIONS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RADIOLOGY CENTER | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSEC W/INTER | 419.34 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSEC W/INTER | 566.72 | .00 | .00 |
| CURTIS O MILLS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS | UNSEC W/INTER | 99.06 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | NOTICE ONLY | NOT FILED | .00 | .00 |
| DOLLIE I WARREN REED | DEBTOR ATTY | 3,000.00 | | 2,714.00 |
| TOM VAUGHN | TRUSTEE | | | 236.00 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 2,950.00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,714.00 |
| TRUSTEE COMPENSATION | | 236.00 |
| DEBTOR REFUND | | .00 |
| TOTALS | 2,950.00 | 2,950.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
             CASE NO. 08 B 02784 KALEIGH JENEEN HERRON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/22/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE